THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIFTED RESEARCH GROUP, INC., <br><br> Plaintiff, <br> v. <br><br> PARK FAMILY CORPORATION, et al., <br><br> Defendants. | Civil Action No. 08-cv-04376-GP <br><br> FILED <br> 3 0 200 <br> MICHAEL E. KUNZ, Clerk <br> By_____Dep. Clerk |

## STIPULATION FOR ENTRY OF CONSENT FINAL JUDGMENT

Plaintiff, Lifted Research Group, Inc. ("LRG") and Defendants Park Family Corporation, and Sang Koo Park a/k/a Sang Ku Park, by and through their undersigned counsel, hereby stipulate to the entry of the Consent Final Judgment attached hereto as **Exhibit "A"**.

WHEREFORE, the parties respectfully request this Court sign and enter the attached Consent Final Judgment.

Dated: April 22, 2009

**SO STIPULATED:**

CEVALLOS & WONG, LLP

/s/ Daniel L. Cevallos
Daniel Cevallos, Esquire
Pa. ID. No. 90293
1417 Locust Street, Suite 300
Philadelphia, PA 19102
Telephone: (267) 639-3105
Facsimile (215) 689-4375
danny@cevalloswong.com
Attorneys for Plaintiff
Lifted Research Group, Inc.

SEDGWICK, DETERT MORAN & ARNOLD LLP

/s/James J.S. Holmes
James J.S. Holmes
801 South Figueroa Street, 19th Floor
Los Angeles, California 90017
Telephone: (213) 615-8031
Facsimile: (213) 426-6921
james.holmes@sdma.com
Attorneys for Defendants
Park Family Corporation and Sang Koo Park
a/k/a Sang Ku Park

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIFTED RESEARCH GROUP, INC., a California corporation <br><br> Plaintiff, <br> v. <br><br> PARK FAMILY CORPORATION, a Pennsylvania corporation, d/b/a JOSEPH'S SPORTING GOODS d/b/a JOSEPH'S SPORTING d/b/a JOSEPH'S UNISEX CLOTHING; SANG KOO PARK a/k/a SANG KU PARK a/k/a SANG K. PARK, an individual, d/b/a JOSEPH'S SPORTING GOODS d/b/a JOSEPH'S SPORTING d/b/a JOSEPH'S UNISEX CLOTHING; and DOES 1-10, <br><br> Defendants. | Civil Action No. 08-cv-04376-GP |

## CONSENT FINAL JUDGMENT

WHEREAS, this action having been commenced by Plaintiff, Lifted Research Group, Inc. ("LRG") against Defendants Park Family Corporation, a Pennsylvania corporation, d/b/a Joseph's Sporting Goods d/b/a Joseph's Sporting d/b/a Joseph's Unisex Clothing ("Park Family"); Sang Koo Park a/k/a Sang Ku Park, an individual, d/b/a Joseph's Sporting Goods d/b/a Joseph's Sporting d/b/a Joseph's Unisex Clothing ("Park") (collectively the "Defendants") alleging *inter alia*, trademark counterfeiting and infringement, false designation of origin, and copyright infringement, and Plaintiff and Defendants having resolved the Plaintiff's claims to each of their satisfaction;

IT IS ORDERED, ADJUDGED AND DECREED:

1. The case between LRG and the Defendants is hereby dismissed with prejudice, subject to the terms of the Settlement Agreement between the parties.

1

2. The parties' respective attorney's fees and costs incurred in connection with this action shall be borne as per the agreement of the individual parties in their Settlement Agreement.

3. This Court will retain continuing jurisdiction over this cause to enforce the terms of the Settlement Agreement between the parties.

SO ORDERED this 29th day of April, 2009.

_____
GENE E.K. PRATTER
United States District Judge